# ELECTRONIC RECORD

COA # 11-13-00094-CR     OFFENSE: 19.03-01

STYLE: **Victor White v.
The State of Texas**     COUNTY: Ector

COA DISPOSITION:     AFFIRMED     TRIAL COURT: 358th District Court

DATE: 3/26/15     Publish: NO   TC CASE #:     D-38,103

---

## IN THE COURT OF CRIMINAL APPEALS

569-15  570-15
572-15

STYLE: **Victor White v.
The State of Texas**     CCA #:   **PD-0571-15**

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____REFUSED_____

DATE: 10/07/2015

JUDGE: Per Curiam

CCA Disposition: _____

DATE:     _____

JUDGE:     _____

SIGNED: _____     PC: _____

PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

# ELECTRONIC RECORD